FILED

UNITED STATES DISTRICT COURT

2011 JAN 11 P 1:39

PAULA J. KARAS Docket #

Plaintiff

VS.

HOOD INC.

Defendant

Complaint

Now comes the plaintiff pro se in the above captioned matter and hereby asserts to this United States District Court that the defendants Hood Incorporated has continually violated the plaintiff United States Amendment Rights to ingest milk that is pure and un adulterated by the code standards from the United States Department of Agriculture. The injunctive relief sought this case is a motion to proceed under the forum and filing of Informa Pauperis and a motion for a speedy trial.

Signed under the Pains and Penalties of Perjury this day of Jan 11, 2011.

Paula J. Karas
169 Medway Rd. #9
Milford MA 01757

I Paula J. Karas do solemnly swear that I served a copy of this complaint by via-certified mail on Jan 11, 2011 to the defendants Hood Inc. Located at 233 Main St. Agawam, MA 01001.

UNITED STATES DISTRICT COURT

FILED IN CLERKS OFFICE 2011 JAN 11 P 1:39

PAULA J. KARAS

Plaintiff

VS.

HOOD INC.

Defendant

Docket #

Affidavit of Facts

Now comes the plaintiff pro se in the above captioned matter. I Paula J. Karas do solemnly swear that the facts contained herein are true and accurate to the best of my knowledge. On Jan 2, 2011 I Paula J. Kara's ingested one and a half glasses of milk. After this ingestion of the Hood milk I started to feel anxious. I tried to lie down and rest however I could not get my body to relax as my heart was palpitating. At this time I decided to go to the Milford Regional Medical Center to be seen in the emergency room. I was given a depressant of a 10 milligram of valium but I only took half of it. I explained to the treating physician what had happened to me when I ingested the Hood milk and was further examined by Dr. Julian Kadish M.D. The next day I was released from the hospital as I had to stay overnight as I could not drive a car under the influence of valium. The diagnosis of this problem was an anxiety and panic attack due to the adulteration of the Hood milk I ingested. I was given a document regarding panic and anxiety attacks and a prescription for an oral dosage of a depressant of Ativan 1Mg.I then left the hospital in the early morning. (See enclosed copies of the document from the Milford Regional Medical Center on anxiety and panic attacks, discharge instructions and the prescription for Ativan.) The next day on Jan 3, 2011 I followed up with as advised by the hospital with Dr. Syed Razvi M.D. I reiterated what had happened to me with the ingestion of the Hood milk the day before and the fact that this compelled me to have to go to the Emergency room of the Milford Regional Medical Center. Dr. Syed Razvi M.D. my treating physician examined me and gave me also a prescription for a depressant of Valium 10Mg.(See enclosed copy of prescription for Valium.)

# Anxiety and Panic Attacks

Your caregiver has informed you that you are having an anxiety or panic attack. There may be many forms of this. Most of the time these attacks come suddenly and without warning. They come at any time of day, including periods of sleep, and at any time of life. They are may be strong and unexplained. Sometimes we do not know what is producing our anxiety and it gets out of control. It is usually this anxiety that brings us to the emergency room with hyperventilation syndrome, panic attack, or an sudden attack of anxiety.

Anxiety is a protective mechanism of the body in its fight or flight mechanism. In modern society most of these danger situations we perceive are actually nonphysical. Anxiety over losing a job for example may be protective in that it gives an added push to search for a new job.

It is not difficult for a person to recognize when they are having a panic attack. Some of the most common feelings are:

- Intense terror
- Dizziness, feeling faint
- Hot and cold flashes
- Fear of going crazy
- Feelings that nothing is real
- Sweating, trembling
- Chest pain and *palpitations* (irregular heart)
- Shaking
- Smothering, choking *sensations* (feelings)
- Feelings of impending doom and that death is near
- Tingling of *extremities* (arms/hands and legs/feet), this may be from over breathing

All of these most common *symptoms* (problems) and can combine to make up panic attacks. Few things trigger as much fear as this symptom complex (collection of problems) does.

These attacks have many names with slight differences. For example: obsessive-compulsive disorders where repeating the compulsion again removes the anxiety temporarily; post traumatic stress disorders where a previous trauma causes the repeat bouts of anxiety; phobias or fear associated with objects, situations etc.; generalized anxiety disorders.

Today you may have been given an anti-anxiety agent. This may make you drowsy, but will remove the feelings of panic and anxiety. If these symptoms return, see your caregiver or return to this location.

Remember - some of these feelings to lesser degrees may be just plain, good old fashioned, entirely appropriate worry. The good news is, "you are not crazy," nor are you headed that way. There are medications to treat you and your caregiver can and will help you through this. With help, you will soon feel normal again.

Other treatments that may help are therapy and exercise. If you know the cause of your anxiety, removal or avoidance of that cause will help.

Document Released: 12/18/2006 Document Re-Released: 01/06/2009
ExitCare® Patient Information ©2009 ExitCare, LLC.




**Name: Karas, Paula J**
Age: 48Y DOB: Oct 23, 1962
Gender: F
MedRec: 190880
AcctNum: 47265312
Attending: SC
Primary RN: JJD
Bed: ED ED 05

# MILFORD REGIONAL MEDICAL CENTER DISCHARGE INSTRUCTIONS

Main Number 508-473-1190
Emergency Department 508-422-2240
TTY (for the hearing impaired) 508-473-5103

14 Prospect Street, Milford, MA 01757
www.milfordregional.org

**TREATED BY:**
Attending Physician - Connolly, MD, Samuel

**FOLLOWUP CONTACTS**

SYED RAZVI, Medicine
Med-Care,160 South Main Street
Milford MA 01757
Phone: 508 478 2700

Follow up with Primary Care Physician in 2-3 days

**MEDICAL INSTRUCTIONS**

ANXIETY AND PANIC ATTACKS

**PRESCRIPTIONS**

Ativan : Tablet : 1 Mg : Oral
Dispense: 30, Quantity: 1-2, Unit: tabs, Route: Oral, Schedule: At Bedtime

MEDICATION RECONCILIATION IN THE EMERGENCY DEPARTMENT SETTING

In order to provide you safe quality care, it is imperative that we, your doctors and nurses, know what medications you are taking. At every step of the process of being cared for in a hospital, beginning with your entry into the ED, you (or your proxy) are asked what medications you take at home, at what dose, and how often. This applies regardless of the setting from which you came-home, long-term care, assisted living, etc.

As a patient, you can assist us by creating an accurate and up-to-date written medication list and keeping this list with you at all times. Your medication list should include all prescriptions, over-the-counter medications, herbals, vitamins, supplements, etc. This list can function as your "voice" in an emergency, and serve as a communication tool with paramedics, emergency department staff and other providers.

While you are under our care, it is our responsibility to select the medication that is best for you, prescribe the correct dosage, and dispense the correct amount. The physician who examined and treated you will review your medication list and compare your home medications with any medications ordered for you during your visit to ensure that nothing is prescribed that shouldn't be. In addition, at the end of your ED visit, your physician will verify these two questions:


Copyright Picis, Inc.

# MILFORD REGIONAL MEDICAL CENTER
## PRESCRIPTION

MILFORD REGIONAL MEDICAL CENTER
Emergency Department
14 Prospect Street
Milford, MA 01757
508-422-2810

Date: Mon Jan 03, 2011 00:37
By: Julian L. Kadish, MD, FACEP
For: Karas, Paula J
Date of Birth: Oct 23, 1962
Patient Address:
169 MEDWAY ROAD APT 9
MILFORD, MA 01757
Medrec: 190880 -- Acct #: 47265312

Rx: Ativan : Tablet : 1 Mg : Oral
Quantity (per dose): *** 1-2 *** (One To Two)
Unit: tabs
Route: Oral
Schedule: At Bedtime
Dispense (total): *** 30 *** (Thirty)

Notes:
Only when needed for anxiety. Ativan is a kind of medication that loses its effectiveness if taken on a regular basis. Take the medication only as needed for sleep or during times of unusual stress.

No refills
Prescriber DEA: AK7602039

Known Allergies: Nkda

Physician Signature

Interchange is mandated unless the practitioner writes the words "no substitution" in this space.

WARNING: This document contains the following industry recognized tamper resistant security features.

| | |
|---|---|
| Copy Void Pantograph | When copying is attempted on many copiers and scanners the message "COPY" appears in the background |
| TROYmark™ | Diagonal repeating "watermark" consisting of variable data from the document, located on front or back of page |
| Micro Print | Area of very small print which must be read under magnification, found wherever the MP symbol appears |
| Security Features Warning Box | Warning Box describing the security features contained within this document |

DEA # AR4584834 NPI # 1043241409 LICENSE # M-32930

MILFORD MED-CARE, INC.
SYED A. RAZVI, M.D.
160 SOUTH MAIN STREET
MILFORD, MA 01757
508-478-2700 FAX: 508-478-4848

NAME Paula Karas.

ADDRESS ______ DATE 1.3.11

℞ (Please Print)

Valium 10mg

#(10)

[illegible]

[signature] M.D.

☐ LABEL

REFILL No TIMES PRN NR

INTERCHANGE IS MANDATED UNLESS THE PRACTITIONER INDICATES 'NO SUBSTITUTION' IN ACCORDANCE WITH THE LAW.

18-FEB-09 TRI090218_100058679-48 01_68380_0001

FILED
2011 JAN 11 P 4:39

Signed under the Pains and
Penalties of Perjury this
day of Jan 11, 2011.

Paula J. Karas

I Paula J. Karas do solemnly swear that I served a copy of this affidavit by via-certified mail on Jan 11, 2011 to the defendants Hood Inc. Located at 233 Main St. Agawam, MA 01001.